AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 4:12-CR-46-2BR |
| ) | |
| Christopher Andrew Fleming ) | |
| ) | |
| *Defendant* ) | |

FILED IN OPEN COURT
ON 7-9-12 KM
Julie A. Richards, Clerk
US District Court
Eastern District of NC

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: Jul 9, 2012

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Elisa J. Cyre
*Printed name of defendant's attorney*

_____
*Judge's signature*

W. Earl Britt, Senior U.S. District Judge
*Judge's printed name and title*